UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BUEHLER

        Plaintiff,        CIVIL ACTION NO. 05-CV-71001-DT

vs.

                              DISTRICT JUDGE JOHN FEIKENS

SEARS HOLDING CORP.,        MAGISTRATE JUDGE MONA K. MAJZOUB
    et al.
        Defendants.
_____/

## OPINION AND ORDER GRANTING DEFENDANT CAPITAL ONE'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF (DOCKET # 19)

On May 31, 2006 Defendant Capital One, through its counsel, filed a Motion to Compel Discovery from Plaintiff with a brief in support (Docket # 19). Plaintiff was ordered to respond to Defendant Capital One's motion no later than June 22, 2006. To date no written response to Defendant Capital One's motion has been filed with this Court by Plaintiff. Defendant Capital One in its motion recites that on April 21, 2006 it served upon Plaintiff discovery requests consisting of Plaintiff's First Set of Interrogatories and Request for Production of Documents. Defendant Capital One further asserts that no responses or objections have been filed by Plaintiff to these discovery requests, and that defense counsel's telephone calls to Plaintiff's counsel

seeking Plaintiff's overdue discovery responses have gone unanswered, thus compelling Defendant Capital One to seek redress from this Court.

The Court being otherwise fully advised in the premises, Defendant Capital One's Motion to Compel Discovery from Plaintiff is **GRANTED**. Plaintiff will respond to Defendant Capital One's First Set of Interrogatories and Requests for Production of Documents dated April 21, 2006 **on or before July 21, 2006**.

**IT IS SO ORDERED**.

### Notice to the Parties

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: 7/6/06                           s/ Mona K. Majzoub
                                        **MONA K. MAJZOUB**
                                        **UNITED STATES MAGISTRATE JUDGE**

### Proof of Service

I hereby certify that a copy of this order was served upon Counsel of Record on this date.

Dated: 7/6/06                           s/ Lisa C. Bartlett
                                        Courtroom Deputy